**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In re:** | **PAIGE ANNE BLAKELY,** | : | Case No. 14-51183 |
| | | : | Chapter 13 |
| | Debtor. | : | Judge Charles M. Caldwell |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes Debtor PAIGE ANNE BLAKELY by and through the undersigned counsel, and respectfully provide this Honorable Court with notice of a change of address for the Debtor:

PAIGE ANNE BLAKELY
45 South Street, East, Apt. 33
Ashville, Ohio 43103-1488

Respectfully submitted,

Dated: 06 October 2016

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com